IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 1:06-CR-049 |
| vs. ) | |
| ) | |
| SUSAN WILLENBORG, ) | JUDGE WEBER |
| ) | |
| SSN: XXX-XX-0667 ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SOLAR TECHNOLOGY, ) | |
| ) | |
| Garnishee. ) | |

## GARNISHEE ORDER

On April 9, 2012 a Writ of Continuing Garnishment ("Writ") was duly issued to the Garnishee, SOLAR TECHNOLOGY ("Garnishee"). (Doc. 24) The Writ was served upon the Garnishee on April 13, 2012. (Doc. 27) Pursuant to the Writ, the Garnishee filed an Answer on April 23, 2012 (Doc. 26), stating that Garnishee is in possession, has custody, or has in its control, personal property belonging to and due the Defendant, SUSAN WILLENBORG ("Defendant"); that Defendant is employed by SOLAR TECHNOLOGY; and that the Defendant receives wages from the Garnishee. (Doc. 26)

The Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay twenty-five percent (25%) of the Defendant's disposable earning (less any court ordered child support) to Plaintiff on a weekly pay period and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

Dated: 5/16/12

*Stephanie K Bowman*
UNITED STATES MAGISTRATE JUDGE